JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY YOUNG, | Case No. CV 15-9474 JFW (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| CYNTHIA TAMPKINS, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 9, 2016

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE